UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| NIAGARA DISTRIBUTORS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No.: |
| | ) (*Broward County Circuit Court* |
| NORTHERN INSURANCE COMPANY OF NEW YORK, | ) *Case No.: 10021413*) ) ) |
| Defendant. | ) ) |

## NOTICE OF REMOVAL

Defendant, NORTHERN INSURANCE COMPANY OF NEW YORK, by and through its undersigned attorneys, pursuant to 28 U.S.C. § 1446, herein gives notice of removal of the above-styled action from the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, to the United States District Court for the Southern District of Florida, Fort Lauderdale Division. As grounds for removal, Defendant avers as follows:

1. Plaintiff, Niagara Distributors, Inc., is a Florida corporation with its principal place of business in Broward County, Florida. Plaintiff is a citizen of Florida. (*See* Ex. A.)

2. Defendant, Northern Insurance Company of New York, is a New York corporation duly authorized to conduct business in Florida with its principal place of business at 165 Broadway, 32nd Floor, One Liberty Plaza, New York, New York. Defendant is a citizen of New York. (*See* Ex. B.)

3. On April 22, 2010, an action styled *Niagara Distributors, Inc. v. Northern Insurance Company of New York* was filed in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, Case No. 10021413.

4. Defendant was electronically served with the Summons and Plaintiff's Complaint on June 2, 2010.

5. No other proceedings have taken place in the State court action since the filing of Plaintiff's Complaint.

6. This action is subject to removal on the basis of diversity of citizenship in that Plaintiff is a citizen of Florida with its principal place of business in Florida while Defendant is a citizen of New York with its principal place of business in New York.

7. Although Plaintiff's Complaint does not specify the extent of damages, documentation regarding this claim indicates the total damages sought by Plaintiff exceed the $75,000.00 jurisdictional limitation of the Court.

8. The United States District Court for the Southern District of Florida, Fort Lauderdale Division, has diversity jurisdiction over this action under 28 U.S.C. § 1332(a)(1), and this action is removable to this Court under 28 U.S.C. § 1441(a).

9. This Notice is filed within 30 days of service of the original process on Defendant.

10. Pursuant to 28 U.S.C. § 1446(a), Defendant has attached true and legible copies of all process, pleadings, orders and other papers or exhibits filed in the state court action. (Ex. C.)

11. This Notice of Removal has been served on all parties and a copy thereof has been filed with the Circuit Clerk for Broward County, Florida pursuant to 28 U.S.C. § 1446(d).

WHEREFORE the Defendant has removed this action from Circuit Court in and for Broward County, Florida, to the United States District Court for the Southern District of Florida, Fort Lauderdale Division.

/s/ J. Michael Grimley, Jr.
J. MICHAEL GRIMLEY, JR., FL Bar No. 667234
mgrimley@gjtbs.com
Galloway, Johnson, Tompkins, Burr & Smith, P.L.C.
620 East Twiggs Street
Suite 303
Tampa, FL 33602
(813) 977-1200 • (813) 977-1288 - facsimile
*Counsel for Defendant Northern Insurance Company of New York*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 30, 2010, a true and correct copy of the foregoing has been forwarded to all counsel of record, via the Court's electronic filing system and via United States Mail delivery properly addressed and postage prepaid to David J. Pettinato, Esq., Merlin Law Group, P.A., 777 S. Harbour Island Blvd., Ste. 950, Tampa, FL 33602 .

/s/ J. Michael Grimley, Jr.
J. MICHAEL GRIMLEY, JR., ESQUIRE